HARRY VAN ARSDALE, JR., Respondent, *v.* ALBERT J. FITZGERALD, as President of United Electrical Radio and Machine Workers of America, C.I.O., Appellant, et al., Defendants.

Submitted April 3, 1950; decided April 6, 1950.

*Frank Scheiner* for motion.

*Harold Stern* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the action within the meaning of the Constitution.